THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie Lee
 Jones, Appellant.
 
 
 

Appeal From Richland County
 Michelle J. Childs, Circuit Court Judge
Unpublished Opinion No.  2009-UP-184
Submitted April 1, 2009  Filed May 4,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Willie Lee Jones pled guilty to reckless homicide
 after killing a passenger in his vehicle while speeding.  On appeal Jones
 argues the trial court erred by accepting his plea because it did not comply
 with Boykin v. Alabama, 395 U.S. 238 (1969).    After a thorough review of the record
 and counsel's brief pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.